IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TORIMIKA HAIRSTON, | ) |
| *Plaintiff*, | ) ) ) |
| V. | ) Civil Action No. 4:23-cv-00011 |
| NILIT AMERICA, INC., | ) ) ) |
| *Defendant*. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Torimika Hairston and Defendant Nilit America, Inc. hereby stipulate to the dismissal with prejudice of all claims raised in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney fees, costs, and expenses.

| | |
|---|---|
| */s/ Christopher E. Collins* | */s/ Eileen R. Geller* |
| Mia Yugo (VSB No. 92975) | Eileen R. Geller |
| Christopher E. Collins (VSB No. 90632) | Lilias M. Gordon |
| **YUGO COLLINS, PLLC** | **O'HAGAN MEYER PLLC** |
| 25 Franklin Road, SW | 411 East Franklin St., Suite 500 |
| Roanoke, Virginia 24011 | Richmond, Virginia 23219 |
| www.yugocollins.com | www. |
| Tel: (540) 861-1529 | Tel: (804) 403-7145 |
| Direct: (540) 855-4791 | Fax: (804) 237-0250 |
| mia@yugocollins.com | egeller@ohaganmayer.com |
| chris@yugocollins.com | lgordan@ohaganmeyer.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |